ACCEPTED
01-15-00409-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/21/2015 3:55:32 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00409-CR

IN THE

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

COURT OF APPEALS FOR THE FIRST SUPREME JUDICIAL DISTRICT OF TEXAS

CHRISTOPHER A. PRINE
Clerk

AT HOUSTON

..........................................................................................................................

TRIAL COURT NO. 1299015

IN THE 209TH DISTRICT COURT

OF HARRIS COUNTY, TEXAS

..........................................................................................................................

CURTIS SYLVESTER BABERS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

..........................................................................................................................

APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

..........................................................................................................................

Charles Hinton
P.O. Box 53719
Houston, Texas 77052-3719
832-603-1330
chashinton@sbcglobal.net
SBOT #09709800
Attorney for Appellant

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS

FOR THE FIRST SUPREME JUDICIAL DISTRICT:

Comes now appellant, Curtis Sylvester Babers, pursuant to TEX. R. APP. PROC. 10.5(b) and 38.6 and moves the Court for an extension of time to file appellant's brief, and in support shows the following:

(A) the deadline for filing appellant's brief is September 28, 2015.

(B) the length of the extension sought is until October 28, 2015.

(C) the facts relied upon to reasonably explain the need for an extension are:

Appellant's attorney has been preparing for jury trial in the following cases:

1. The State of Texas vs. Depachej Johnson, cause numbers 1307808 (burglary of a habitation) and 1346275 (aggravated robbery) set for jury trial the week of September 14, 2015. Pre-trials motions were heard on September 15, 2015 and both cases were disposed of by way of a plea bargain agreement.

2. The State of Texas vs. Marvin Windom, cause numbers 1342650 (Aggravated Assault-habitual indictment) and 1342651 (Burglary of a Habitation-habitual indictment) set for jury trial the week of October 5, 2015

3. The State of Texas vs. Russell Loge, cause number 1181851 (aggravated sexual assault of a child) set for jury trial the week of October 19, 2015.

4. The State of Texas vs. Jaquan Bogany, cause number 1361283 (Murder) set for jury trial the week of October 19, 2015.

(D) One previous extension has been granted.

Wherefore, undersigned counsel prays this honorable court to extend the time for filing appellant's brief until October 28, 2015.

Respectfully submitted,

/s/Charles Hinton
Charles Hinton
P.O. Box 53719
Houston, Texas 77052-3719
832-603-1330
chashinton@sbcglobal.net
SBOT #09709800
Attorney for Appellant

CERTIFICATE OF SERVICE

I certify that a copy of this motion has been electronically served upon Alan Curry, Chief Prosecutor, Appellate Division, Harris County District Attorney's Office, 1201 Franklin St., Ste. 600, Houston, Texas 77002 on September 21, 2015.

/s/Charles Hinton
Charles Hinton

CERTIFICATE OF COMPLIANCE

Appellant certifies that the word count of this document is 402.

/s/Charles Hinton
Charles Hinton